**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

PRISCILLA CHASE,                                                    PLAINTIFF,

VS.                                                 CIVIL ACTION NO. 4:05CV100-P-B

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY,                                               DEFENDANT.

**FINAL JUDGMENT**

This matter comes before the court upon the U.S. Magistrate Judge's Report and Recommendation to affirm the Commissioner's decision to deny benefits to the plaintiff under Title II, Disability Insurance Benefits, and Title XVI, Supplemental Security Income, of the Social Security Act and the plaintiff's objections filed thereto. After due consideration of the Report and Recommendation and the plaintiffs objections, the court finds that the objections should be overruled and that the Report and Recommendation should be adopted by this court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The Report and Recommendation [16-1] of the U.S. Magistrate Judge to affirm the Commissioner's denial of benefits to the plaintiff under Title II and Title XVI of the Social Security act is hereby adopted by the court and incorporated herein; therefore,

(2) The Commissioner's decision to deny benefits to the plaintiff under Title II and Title XVI of the Social Security Act is **AFFIRMED**; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 14th day of September, A.D., 2006.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE